UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LAUNDRY, DRY CLEANING WORKERS AND     :
ALLIED INDUSTRIES HEALTH FUND, UNITE   :
HERE! and LAUNDRY, DRY CLEANING        :
WORKERS AND ALLIED INDUSTRIES          :
RETIREMENT FUND, UNITE HERE!,          :
                                        :
               Plaintiffs,    :    **ORDER ADOPTING REPORT**
                                        :    **AND RECOMMENDATION**
        -against-                 :    07-CV-1934 (DLI) (RER)
                                        :
JUNG SUN LAUNDRY CORP.,                 :
                                        :
               Defendant.    :
----------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

      It appears that no objections have been filed to the Report and Recommendation of the Honorable Ramon E. Reyes, U.S.M.J., dated February 1, 2008; and

      Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that default judgment be entered against Jung Sun Laundry Corp. in the amount of $41,076.94, comprised of $30,239.79 in unpaid contributions, $4,790.11 in interest, and $6,047.04 in liquidated damages. It is further hereby

      ORDERED that the plaintiffs' request for reimbursement for attorneys' fees and costs be denied without prejudice, as the plaintiffs have not submitted any evidence to support their request for such fees and costs. Moreover, it is hereby

      ORDERED that service of a copy of this Order on Jung Sun Laundry Corp. shall be made by the plaintiffs within five (5) days of the date of this Order, and proof thereof shall be filed with the court via ECF immediately thereafter.

DATED:    Brooklyn, New York
              February 20, 2008

                                                      /s/
                                            DORA L. IRIZARRY
                                      United States District Judge